

# Fourth Court of Appeals
## San Antonio, Texas

December 8, 2021

No. 04-21-00464-CR

Patricia Dawn **HANVY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 18-837-CR
Honorable Kirsten Cohoon, Judge Presiding

# O R D E R

The reporter's record was originally due November 15, 2021. On November 18, 2021, the court reporter filed a notification of late record requesting an extension of that deadline. We granted the court reporter's request and ordered the reporter's record due by December 15, 2021. On December 6, 2021, the court reporter filed a second notification of late record requesting an extension until January 6, 2022. After consideration, we **GRANT** the request and **ORDER** the reporter's record due **by January 6, 2022.**

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of December, 2021.

_____
Michael A. Cruz,
Clerk of Court